Diane L. HARTUNG, Respondent

v.

Bruce W. EBERTS, Petitioner

No. 844 MAL 2016

Supreme Court of Pennsylvania.

May 23, 2017

## ORDER

PER CURIAM

**AND NOW**, this 23rd day of May, 2017, the Petition for Allowance of Appeal is **DENIED.**

Jehan Zeb MIR, M.D., Petitioner

v.

BUREAU OF PROFESSIONAL AND OCCUPATIONAL AFFAIRS, STATE BOARD OF MEDICINE, Respondent

No. 842 MAL 2016

Supreme Court of Pennsylvania.

May 23, 2017

## ORDER

PER CURIAM

**AND NOW**, this 23rd day of May, 2017, the Petition for Allowance of Appeal is **DENIED.**

COMMONWEALTH of Pennsylvania, Respondent

v.

Raheem Nasir JOHNSON, Petitioner

No. 848 MAL 2016

Supreme Court of Pennsylvania.

May 23, 2017

## ORDER

PER CURIAM

**AND NOW**, this 23rd day of May, 2017, the Petition for Allowance of Appeal is **DENIED.**